IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GENWORTH LIFE AND HEALTH
INSURANCE COMPANY, F/K/A GE
GROUP LIFE ASSURANCE COMPANY,

      Plaintiff,

v.                         CRIMINAL NO. 1:07CV58
                                     (Judge Keeley)

ROBERT MOORE,

      Defendant.


## ORDER REQUIRING SUBMISSION OF ADDITIONAL DOCUMENTATION

On August 13, 2007, the Court held a hearing on a motion for default judgment filed by Genworth Life and Health Insurance Company ("Genworth"). At that hearing, the Court ordered Genworth to provide additional documentation but it has filed to do so.

The Court, therefore, **ORDERS** Genworth to submit the additional documentation requested at the August 13th hearing within thirty (30) days of date of this order or risk dismissal of its case.

The Clerk is directed to transmit copies of the order to counsel of record.

Dated: November 19, 2007.


                        /s/ Irene M. Keeley
                        IRENE M. KEELEY
                        UNITED STATES DISTRICT JUDGE